UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA KISHOR, | No. 2:00-cv-1293 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIF., et al., | |
| Defendants. | |

Plaintiff, an inmate at the Sacramento County Jail, filed this civil rights action in 2000. Judgment was entered against plaintiff on December 19, 2000. In December 2020, plaintiff moved to reopen the case. That motion was denied. Plaintiff's appeal of the denial was rejected by the Ninth Circuit.

Plaintiff has now filed a document entitled "motion to amend." Because this case is closed and plaintiff's prior attempt to reopen it was denied, plaintiff's motion will be denied. Any further documents plaintiff attempts to file in this closed case will be disregarded.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion to amend (ECF No. 25) is denied.

2. Any further documents plaintiff files in this action shall be disregarded.

Dated:  October 16, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/kish1293.or

2